

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | |
|---|---|---|
| JIM LARA, | § | No. 08-13-00221-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal Court No. 4 |
| THE STATE OF TEXAS, | § | of Denton County, Texas |
| Appellee. | § | (TC# CR-2011-08750-D) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF NOVEMBER, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.